# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**BOBBY LEWIS CURRY, JR.,**

    **Plaintiff,**

vs.                                                       **Case No. 4:16cv686-WS/CAS**

**ELIZABETH DUDEK,
and TONYA WILSON,**

    **Defendants.**
_____/

## O R D E R

Plaintiff, an inmate proceeding pro se, has filed a "notice of voluntary dismissal."  ECF No. 13.  Rule 41(a)(1)(i) provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves his answer, or files a motion for summary judgment.  Since no Defendant has yet been served, Plaintiff is automatically entitled to take a voluntary dismissal at this time and his notice is effective without an order.  See Fed. R. Civ. P. 41(a)(1)(A)(i); <u>Anago Franchising, Inc. v. Shaz, LLC</u>, 677 F.3d 1272 (11th Cir. 2012).

This Order confirms that the case has been dismissed. The Clerk must close the file.

Accordingly, it is

**ORDERED**:

1. Plaintiff's notice of voluntary dismissal, ECF No. 13, is accepted.

2. This cause shall be considered closed upon entry of this Order.

**DONE AND ORDERED** on February 8, 2017.

    S/   Charles A. Stampelos
**CHARLES A. STAMPELOS
UNITED STATES MAGISTRATE JUDGE**